705 A.2d 739

IN THE MATTER OF ALEXANDER HAMER,
JR., AN ATTORNEY AT LAW.

February 3, 1998.

## ORDER

**ALEXANDER HAMER, JR.,** of **NEWARK,** who was admitted to the bar of this State in 1985, having been found guilty of three counts of a federal indictment filed in United States District Court for the Southern District of New York, charging him with conspiracy to violate the immigration laws, in violation of 18 *U.S.C.A.* § 371, filing a false statement, in violation of 18 *U.S.C.A.* § 1001, and immigration fraud, in violation of 18 *U.S.C.A.* § 1546, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **ALEXANDER HAMER, JR.,** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings

against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **ALEXANDER HAMER, JR.,** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **ALEXANDER HAMER, JR.,** comply with *Rule* 1:20–20 dealing with suspended attorneys.